UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

WAZER KHAN,
Defendant.

---

ORDER

Cr - 05 - 469(S-1)(ILG)

Upon the application of Vincent F. Siccardi, Esq., attorney for Wazer Khan, it is hereby

ORDERED that Wazer Khan be examined to determine his mental capacity at the time of the commission of the alleged crime and his capacity to continue to defend the charges against him.

ORDERED that the examination be performed at the Government's expense.

SO ORDERED:

_____
United States District Court Judge
Eastern District of New York

Dated: Brooklyn, New York
~~September~~   2005
(October 10)